IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMMANUEL ROGERS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BRYAN COLLIER, et al., § <br> § <br> Defendants. § | Case No. 6:24-cv-365-JDK-KNM <br> (consolidated with 6:24-cv-317) |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Emmanuel Rogers, proceeding pro se, filed the above-styled and numbered civil rights lawsuits under 42 U.S.C. § 1983 complaining of alleged deprivations of his constitutional rights. Docket No. 1. The cases have been consolidated and referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. Docket No. 15.

Two of the named Defendants, Collier and Shirey, have previously been dismissed. Docket No. 17. The remaining Defendant, Aguilera, was ordered to answer the lawsuit (Docket No. 20) which he filed on July 25, 2025. Docket No. 25. On the same day, Defendant Aguilera filed a motion to dismiss or for judgment on the pleadings. Plaintiff did not file a response to this motion. Docket No. 26.

On September 16, 2025, the Magistrate Judge issued a Report recommending that the motion to dismiss or for judgment on the pleadings be granted and the claims against Aguilera be dismissed. Docket No. 28. Because these are the last remaining claims in the lawsuit, the Magistrate Judge also recommended that final judgment

1

be entered. *Id.* Plaintiff received a copy of this Report on September 25, 2025, but has filed no objections.

Because Plaintiff has not filed any objections, the Court reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. The Court therefore adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 28) be **ADOPTED**. Defendant Aguilera's motion to dismiss for judgment on the pleadings (Docket No. 26) is **GRANTED** and the claims against Aguilera are **DISMISSED WITH PREJUDICE**. Because these are the last remaining claims, the consolidated lawsuits are **DISMISSED** in their entirety. All pending motions are **DENIED**.

So **ORDERED** and **SIGNED** this **17th** day of **December, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE